IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BAILEY HANKINS, | ) | |
| Plaintiff, | ) ) ) | Case No. 3:13-0371<br>Chief Judge Haynes |
| v. | ) ) | |
| TRANSCANADA USA SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

In accordance with the Memorandum filed herewith, Defendant Transcanada USA Services, Inc.'s motion for summary judgment (Docket Entry No. 17) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 23rd day of May, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court